PAUL DeLUCA ET AL. *v.* J. BENTON EGEE

The defendant's motion to dismiss the appeal from the Superior Court in Fairfield County is granted.

*Richard A. Jontos,* for the appellee (defendant).

*Victor P. Fasano,* for the appellants (plaintiffs).